UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 27 2021 ★

BROOKLYN OFFICE

---

MARTHA DUMITRESCU, on behalf of herself and all others similarly situated,

        Plaintiffs,

vs.

COMPANIA PANAMENA DE AVIACION, S.A., a foreign corporation,

        Defendant.

Case No. 1:20-cv-2125 (LDH) (SJB)

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate that this case is dismissed with prejudice as to named Plaintiff Martha Dumitrescu and without prejudice as to the putative class, each party to bear its own costs, expenses, and fees.

DATED: September 24, 2021

        Respectfully submitted,

        **LIDDLE & DUBIN, P.C.**

        */s/ Nicholas A. Coulson*
        David R. Dubin (PHV)
        Nicholas A. Coulson (PHV)
        975 E. Jefferson Avenue
        Detroit, Michigan 48207
        T: 313 392 0015
        F: 313 392 0025
        ddubin@ldclassaction.com
        ncoulson@ldclassaction.com

        *Counsel for Plaintiff and the Putative Class*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

*/s/ Carmine Boccuzzi*
Carmine D. Boccuzzi, Jr.
Abena A. Mainoo
Lina Bensman
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
T: 212 225 2000
F: 212 225 3999
cboccuzzi@cgsh.com
amainoo@cgsh.com
lbensman@cgsh.com

*Counsel for Defendant Compañía Panameña de Aviación, S.A.*

**SO ORDERED.**

s/ LDH
Hon. LaShann DeArcy Hall
United States District Judge
Date: **September 27, 2021**

2